Davis v. Brown.

---

## JAMES DAVIS v. JAMES BROWN.

To authorize the high court of errors and appeals to interfere with a judgment of an inferior court, it must appear from the record that some error of law or fact was committed.

To enable this court to understand the applicability of charges given or refused, the facts to which the charges are intended to apply must be set out in the record.

Error from the circuit court of Warren county; Hon. George Coalter, judge.

The opinion contains a statement of the case.

*W. C. Smedes* for appellant.

No counsel for appellee.

Mr. Justice FISHER delivered the opinion of the court.

To authorize this court in reversing the judgment of the court below, it must clearly appear that the court committed some error, as to the law, which influenced or might have influenced the jury in rendering an erroneous verdict.

To understand the principles or rules of law applicable to a particular state of facts, the record ought to present the facts. This record presents none of the evidence introduced on the trial below, and it is therefore impossible for this court to say whether the instructions in the record were correctly given or refused by the court or not.

Judgment affirmed.